Ronald D Patton     Cause No,      Criminal Court of Appeals
          v                              Capitol Station
State of Texas        D1DC14205810      Austin Texas

                                        83,620-01,02

Dear Clerk of the Court,

I just wanted to say thanks for mailing me my application for Writ of Mandamus WR-83,620-01 and original Writ of Prohibition WR-83,620-02 of 7-10-15,

Although, Both Writs were Denied on August 7, 2015 in the 299th District Court,

Could you please advise me if these 2 writs are still current?

And do I file motion with this court, or the Court of Appeals to have them issued,

I am struggling with legal research and cannot seem to find the rules on how to put these 2 writs into operation,

I cant thank you enough.

I Appreciate your Time

With Abiding Respect

Ronald D. Patton

Date: 12th Day
August
2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 20 2015

Abel Acosta, Clerk